# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BLUE SPIKE, LLC** § | |
| § | |
| **v.** § | **CASE NO. 6:17cv131-RWS-JDL** |
| § | |
| **BULLITT MOBILE, LLC** § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff Blue Spike, LLC filed suit against Defendant Bullitt Mobile, LLC on March 1, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 21st day of June, 2017.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE